COMMONWEALTH of Pennsylvania, Respondent

v.

Bennie ANDERSON, Petitioner.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

### ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, the Petition for Leave to File Peti-

tion for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**